**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00024

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-28891-CGC |
| Tina Sinclair | Chapter 7 |
|      Debtor. | O R D E R |
| PNC Bank, N.A. | |
|      Movant, | (Relating to docket #20) |
| vs. | |
| Tina Sinclair, Debtor; Lawrence J. Warfield, Trustee. | |
|      Respondents. | |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.